# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Juan Carlos Cajamarca Cajamarca,<br><br>        Petitioner,<br><br>      -v-<br><br>Todd Lyons, Kristi Noem, Pamela Bondi,<br><br>        Respondents. | 2:25-cv-6540<br>(NJC) |

## ORDER

TO: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 625 Evans Street, Elizabeth, NJ 07201; and THE UNITED STATES MARSHAL, Eastern District of New York, United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722

NUSRAT J. CHOUDHURY, United States District Judge:

  The United States District Court for the Eastern District of New York commands U.S. Immigration and Customs Enforcement to have **petitioner Juan Carlos Cajamarca Cajamarca A#240-857-197,** who is presently detained in the Elizabeth Contract Detention Facility, 625 Evans Street, Elizabeth, NJ 07201, to be brought under safe and secure custody to Courtroom 1040, before the Honorable Nusrat J. Choudhury, United States District Judge, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on **Friday, December 5, 2025 at 11:00 AM**.

  It is further ordered that U.S. Immigration and Customs Enforcement and/or its designee shall maintain custody of Juan Carlos Cajamarca Cajamarca throughout the entire hearing.

While in the U.S. Courthouse for the Eastern District of New York, Mr. Cajamarca Cajamarca shall be placed under safe and secure conditions deemed appropriate by the United States Marshal Service.

Thereafter, following the hearing, if the Court orders Mr. Cajamarca Cajamarca to remain in detention, U.S. Immigration and Customs Enforcement shall return him under safe and secure custody to the Elizabeth Contract Detention Facility. Alternatively, if the Court grants the petition and orders Mr. Cajamarca Cajamarca released from detention, U.S. Immigration and Customs Enforcement shall immediately process Mr. Cajamarca Cajamarca for release from Court, in consultation with the United States Marshal, in accordance with any orders of the Court that may issue at that time. It is further ordered that U.S. Immigration and Customs Enforcement and the United States Marshal Service shall each bear their respective costs of implementing the terms of this order.

Dated: Central Islip, New York
December 3, 2025

                */s/ Nusrat J. Choudhury*
                NUSRAT J. CHOUDHURY
                United States District Judge