**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JUAN CARLOS CAJAMARCA
CAJAMARCA,

               Petitioner,

   - against -

TODD LYONS, KRISTI NOEM and
PAMELA BONDI,

               Respondents.
-------------------------------------------------------X

**JUDGMENT**
CV 25-6540 (NJC)

     An Order of Honorable Nusrat J. Choudhury, United States District Judge, having been filed on December 3, 2025; dismissing the petition for a writ of habeas corpus as moot; and directing the Clerk of Court to close this case, it is

     **ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is dismissed as moot; and that this case is closed.

Dated: December 8, 2025
       Central Islip, New York

                                                                 BRENNA B. MAHONEY
                                                                 CLERK OF COURT

                                                    By:   /s / James J. Toritto
                                                                   Deputy Clerk